FILED
November 17, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002227637

Allen C. Massey - 172024
Antonia G. Darling - 76190
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Sara L. Kistler,
Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:  
**Benjamin S. Catlin**, IV, and  
**Gail Catlin**,  

Debtors.

Case No. 09-43616-C-11

D.C. No. UST-1

## UNITED STATES TRUSTEE'S APPOINTMENT
## OF THE UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee, through undersigned counsel, hereby appoints the following creditors to be members of the official unsecured creditors' committee in the above captioned case:

1. U. S. Bank  
   c/o Cary Calkin  
   1610 Arden Way, Suite 299  
   Sacramento, CA 95815  
   916-443-0100

2. Mechanics Bank  
   c/o John C. Wells  
   3170 Hilltop Mall Road  
   Richmond, CA 94806  
   510-262-7246

3. CO Mountain High, LLC  
   c/o Phillip R. Lemos  
   1460 Maria Lane, Suite 350  
   Walnut Creek, CA 94596  
   925-939-4396

4. Frank L. Brienzo  
   6852 Cypress Point  
   Sioux City, IA 51106  
   712-899-0135

5. Javier G. VandeSteeg  
   4970 Lexington Cr.  
   Loomis, CA 95650  
   916-799-1031

6. William E. Ishmael Trust  
   c/o William E. Ishmael  
   3690 Fair Oaks Boulevard  
   Sacramento, CA 95864  
   916-335-2673

Dated: November 17, 2009

/s/ Allen C. Massey  
Attorney for Sara L. Kistler,  
Acting United States Trustee  
al.c.massey@usdoj.gov