SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
N.100-267S-A

Attorneys for Secured Creditor
CIRCLE BANK

UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

BENJAMIN S. CATLIN, IV AND GAIL CATLIN,

    Debtors.

Bk. No. 09-43616 - CMK

Chapter 11

REQUEST FOR SPECIAL NOTICE

    Attorneys for CIRCLE BANK request that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

                  CIRCLE BANK
                  c/o SCHEER LAW GROUP, LLP
                  155 N. Redwood Drive, Suite 100
                  San Rafael, California 94903

                  SCHEER LAW GROUP, LLP

DATED: February 8, 2010        /s/ SPENCER P. SCHEER
                                         #107750

FILED
February 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002403428